IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01264-ZLW-CBS

KEITH L. MASON and
JONATHAN W. O'TOOLE,

    Plaintiff,

v.

JOHN U. TREFNY, in his official capacity as President of the COLORADO SCHOOL OF MINES;
RICHARD M. BOYD, in his official capacity as Chief of the COLORADO SCHOOL OF MINES DEPARTMENT OF PUBLIC SAFETY; and
BRETT STANLEY, individually and in his official capacity as an officer of the COLORADO SCHOOL OF MINES DEPARTMENT OF PUBLIC SAFETY,

    Defendants.
_____

## ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this __12__ day of July, 2005.

                                            BY THE COURT:

                                            s/ Zita L. Weinshienk
                                            _____
                                            ZITA L. WEINSHIENK, Senior Judge
                                            United States District Court