IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01264–EWN–CBS

KEITH L. MASON and
JONATHAN W. O'TOOLE,

    Plaintiffs,

v.

JOHN U. TREFNY, in his official capacity as President
of the COLORADO SCHOOL OF MINES;
RICHARD M. BOYD, in his official capacity as Chief
of the COLORADO SCHOOL OF MINES
DEPARTMENT OF PUBLIC SAFETY; and
BRETT STANLEY, individually and in his official
capacity as an officer of the COLORADO SCHOOL
OF MINES DEPARTMENT OF PUBLIC SAFETY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulated Motion to Dismiss with Prejudice" filed July 7, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 28th day of July, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge